# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2025

## NO. 03-23-00749-CV

**Hubert "Bud" Kott, Appellant**

**v.**

**Brian T. Miller and MK Developers L.C., Appellees**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgment signed by the trial court on August 7, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.